BALATGEK, APPELLANT, v. STATE FARM INSURANCE COMPANY, APPELLEE.

[Cite as *Balatgek v. State Farm Ins. Co.* (1998), 82 Ohio St.3d 384.]

(No. 97–1516—Submitted June 24, 1998—Decided July 22, 1998.)

---

*Michael T. Irwin,* for appellant.

*Gallagher, Bradigan, Gams, Pryor & Littrell, L.L.P.* and *James R. Gallagher,* for appellee.

---

The judgment of the court of appeals is reversed on the authority of *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

---

**COOK, J., dissenting.** For the reasons stated in my dissenting opinion to *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 291, 695 N.E.2d 732, 738, I respectfully dissent.

LUNDBERG STRATTON, J., concurs in the foregoing dissenting opinion.

---

BROWN, ADMR., APPELLANT, v. WALLBROWN; MOTORISTS MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *Brown v. Wallbrown* (1998), 82 Ohio St.3d 384.]

(No. 97–2212—Submitted June 24, 1998—Decided July 22, 1998.)

*Leeseberg, Maloon, Schulman & Valentine, Anne M. Valentine, Geoffrey M. Wardle* and *Gerald S. Leeseberg,* for appellant.

*Keener, Doucher, Curley & Patterson, L.P.A.,* and *W. Charles Curley,* for appellee.

The judgment of the court of appeals is reversed on the authority of *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 695 N.E.2d 732.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

COOK, J., dissenting. For the reasons stated in my dissenting opinion to *Ross v. Farmers Ins. Group of Cos.* (1998), 82 Ohio St.3d 281, 291, 695 N.E.2d 732, 738, I respectfully dissent.

LUNDBERG STRATTON, J., concurs in the foregoing dissenting opinion.

GREGORY ET AL., APPELLANTS, *v.* WESTERN RESERVE
MUTUAL CASUALTY COMPANY, APPELLEE.

[Cite as *Gregory v. W. Res. Mut. Cas. Co.* (1998), 82 Ohio St.3d 385.]

(No. 98–330—Submitted June 24, 1998—Decided July 22, 1998.)

*Robert N. Gluck & Co., L.P.A.,* and *Robert N. Gluck,* for appellants.

*Logee, Hostetler, Stutzman & Lehman* and *Jerry S. Packard,* for appellee.